

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2018

No. 04-17-00739-CV

Edward R. **MEZA**, Jr., Sylvia Meza and New Braunfels Home Health Inc.,
Appellants

v.

Gloria **BURNS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00380
Honorable Karen Crouch, Judge Presiding

# O R D E R

On December 18, 2017, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating the reporter's record had not been filed because the appellants had failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellants are not entitled to appeal without paying the fee. By order dated December 21, 2017, the appellants were ordered to provide written proof to this court by January 2, 2018, that either: (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee.

On January 2, 2018, appellants filed a status report stating one of the appellants had filed a statement of inability to pay court costs, and appellants were seeking a finding from the trial court that they are unable to pay the costs for preparing the reporter's record. No written proof of such a filing was attached to the status report, and appellants' attorney did not respond to this court's telephone inquiries regarding the filing. By order dated January 5, 2018, appellants were ordered to provide written proof that an affidavit of inability had been filed and a hearing had been set on their request for the reporter's record to be provided without cost.

On January 17, 2018, appellants filed a written status report attaching the documentation filed in the trial court and stating a hearing was set for January 18, 2018. In response to telephone inquiries with the trial court clerk, this court has been informed the hearing was reset for January 26, 2018, and the trial court denied the request for the reporter's record to be provided without costs. It is therefore ORDERED that appellants provide written proof no later than ten days from the date of this order that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. If appellants fail to respond with the requisite proof

within the time provided, appellants' brief will be due twenty days from the date of this order, and the court will consider only those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).



Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court